```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22791
    CAROLYN BRIDGET
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7225


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/28/2008 and was confirmed 11/10/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             658.00          .00         30.00
SANTANDER CONSUMER USA     SECURED VEHIC     13704.00          .00        466.51
SANTANDER CONSUMER USA     UNSECURED           479.02          .00           .00
MIDLAND MORTGAGE CO        CURRENT MORTG          .00          .00           .00
ARROW FINANCIAL SERVICES   UNSECURED           457.39          .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED         .00           .00
CCS FIRST SAVINGS BANK     UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          2560.00          .00           .00
AMERITECH                  UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED           667.11          .00           .00
CORTRUST BANK              UNSECURED           460.19          .00           .00
CREDIT ONE LLC             UNSECURED         NOT FILED         .00           .00
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED         .00           .00
FULL CIRCLE                UNSECURED         NOT FILED         .00           .00
HARVARD COLLECTION         UNSECURED         NOT FILED         .00           .00
PRA RECEIVABLES MGMT       UNSECURED           773.99          .00           .00
SAGE TELECOM INC           UNSECURED         NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           535.78          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           538.73          .00           .00
WASHINGTON MUTUAL/PROVID   UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING            UNSECURED           246.43          .00           .00
GLEN BRIDGET               NOTICE ONLY       NOT FILED         .00           .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE      3661.67          .00           .00
CAVALRY PORTFOLIO SERV     UNSECURED         14862.82          .00           .00
PRA RECEIVABLES MGMT       UNSECURED           772.09          .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       341.50          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,500.00                     51.01
TOM VAUGHN                 TRUSTEE                                         42.48
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22791 CAROLYN BRIDGET
```

```
                            RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      590.00

PRIORITY                                                   .00
SECURED                                                 496.51
UNSECURED                                                  .00
ADMINISTRATIVE                                           51.01
TRUSTEE COMPENSATION                                     42.48
DEBTOR REFUND                                              .00
                          ---------------         ---------------
TOTALS                       590.00                    590.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 08 B 22791 CAROLYN BRIDGET